AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ELIZABETH SHAW,

                Plaintiff,

v.

KILOLO KIJAKAZI,

                Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:20-cv-02296-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff's attorney be awarded $9,000 in attorney's fees pursuant to the Equal Access to Justice Act

| 3/7/2022 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ H. Magennis |
| | Deputy Clerk |